UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY C. WITTMAN,

      Plaintiff,                                      Case No. 18-cv-14063
                                                   Hon. Matthew F. Leitman

v.

DURHAM SCHOOL SERVICES/
NATIONAL EXPRESS CORP., *et al.*,

      Defendants.

_____/

## **JUDGMENT**

In accordance with the Court's Order Dismissing Plaintiff's Second

Amended Complaint With Prejudice, dated August 11, 2020,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

Defendants and against Plaintiff.

                                         DAVID J. WEAVER
                                         CLERK OF COURT

                                By:  s/Holly A. Monda_____
                                       Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  August 11, 2020
Flint, Michigan